# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| GUY URCIUOLI, | ) | No. CV 11-6957-ODW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| WARDEN GUITERREZ, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 12, 2013

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE